| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Embassy Investments Limited, | § § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-09-2479 |
| Houston Casualty Company, | | |
| Defendant. | | |

## Order to Stay

1. The stay subsists.

2. By December 1, 2013, the parties must jointly report on the status of the case.

Signed on August 4, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge